AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-05336

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* KINDRED HEALTHCARE, INC.
was received by me on *(date)* 9/5/14

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (process agent) , who is
designated by law to accept service of process on behalf of *(name of organization)* KINDRED HEALTHCARE, INC.
C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 (REGISTERED AGENT) on *(date)* 9/5/14

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 09/05/2014

*Server's signature*

DENORRIS BRITT
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ADDICTION & DETOXIFICATION
INSTITUTE, LLC, a New Jersey Limited
Liability Corporation

CASE NUMBER: 1: 14-cv - 05336

V.

ASSIGNED JUDGE: Honorable Gary Feinerman

KINDRED HEALTHCARE, INC.,
a Texas Corporation

DESIGNATED
MAGISTRATE JUDGE: Honorable Maria Valdez

TO: (Name and address of Defendant)

Kindred Healthcare, Inc.
The Corporation Trust Company
Corporation Trust Center 1209 Orange St., Wilmington, New Castle, DE 19801
(302)658-7581

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Mirabile
Mirabile Law FIrm
1751 South Naperville Road
Suite 203
Wheaton, Illinois 60189
lawchicago@earthlink.net

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

July 21, 2014

DATE