IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ADDICTION & DETOXIFICATION INSTITUTE, LLC, a New Jersey Limited Liability Corporation<br><br>Plaintiff,<br>v.<br><br>KINDRED HEALTHCARE, INC., a Delaware Corporation and KINDRED HOSPITALS LIMITED PARTNERSHIP, A Kentucky[1] Limited Liability Partnership<br><br>Defendants. | Civil Action No. 1:14-CV-05336<br><br>Judge Gary Feinerman |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, IN VIEW OF SETTLEMENT AGREEMENT

The parties have reached settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties respectfully request that this Court Order dismissal of the above-titled case without prejudice, with all parties to bear their own fees, costs, and other expenses in this litigation.

*/signatures to follow on the next page/*

---

[1] Kindred Hospitals Limited Partnership is a Delaware Limited Partnership and not a Kentucky Limited Liability Partnership, as stated in the First Amended Complaint.

| | |
|---|---|
| By: /s/ Thomas K. Mirabile<br>Thomas K. Mirabile<br>Attorney for Plaintiff<br>Mirabile Law Firm<br>1745 South Naperville Road<br>Suite 200<br>Wheaton, IL 60189<br>(630) 665-6904<br>lawchicago@comcast.com<br><br>*Counsel for Plaintiff* | By: /s/ Melissa Hunter Smith<br>Melissa Hunter Smith<br>Jennifer L. Kovalcik<br>STITES & HARBISON, PLLC<br>401 Commerce Street, Suite 800<br>Nashville, TN 37219-2376<br>Telephone: (615) 244-5200<br>Email: melissa.smith@stites.com<br>Email: jkovalcik@stites.com<br><br>Joel Beres<br>STITES & HARBISON, PLLC<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202-3352<br>Telephone: (502) 587-3400<br>Email: jberes@stites.com<br><br>Michael L. Vittori (Illinois Bar # 6192073)<br>Edna S. Kersting (Illinois Bar # 6277775)<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>55 West Monroe Street, Suite 3800<br>Chicago, Illinois 60603<br>Telephone: (312) 821-6612<br>Email: michael.vittori@wilsonelser.com<br>Email: Edna.Kersting@wilsonelser.com<br><br>*Counsel for Defendants* |